AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ **District of** __California__

CUBUS Solutions, Inc.,
            Plaintiff (s),
V.
Affinity Plus Federal Credit Union,
            Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:22-cv-02136-HSG

Notice is hereby given that, subject to approval by the court, __Affinity Plus Federal Credit Union__ substitutes
(Party (s) Name)

__Chery A. Sabnis__, State Bar No. __224323__ as counsel of record in
(Name of New Attorney)

place of __Alessandra M. Givens__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Vedder Price (CA), LLP |
| Address: | 1 Post Street, Suite 2400, San Francisco, CA 94104 |
| Telephone: | (415) 749-9500       Facsimile  (415) 749-9502 |
| E-Mail (Optional): | csabnis@vedderprice.com |

I consent to the above substitution.
Date: June 28, 2022

I consent to being substituted.
Date: June 27, 2022

I consent to the above substitution.
Date: June 27, 2022

Affinity Plus Federal Credit Union
[signature], Exec. V.P. & CFO
(Signature of Party (s))

King & Spalding LLP
/s/ Alessandra M. Givens
(Signature of Former Attorney (s))

Vedder Price (CA), LLP
/s/ Cheryl A. Sabnis
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 7/5/2022                                        [signature] Haywood S. Gill Jr.
                                                              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]