UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUBUS SOLUTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AFFINITY PLUS FEDERAL CREDIT UNION, <br><br> Defendant. | Case No. 22-cv-02136-HSG <br><br> **SCHEDULING ORDER** |

A case management conference was held on July 5, 2022. Having considered the parties' proposal, *see* Dkt. No. 24, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | September 13, 2022 |
| Close of Fact Discovery | April 2, 2023 |
| Dispositive Motion Hearing Deadline[1] | April 13, 2023, at 2:00 p.m. |
| Exchange of Opening Expert Reports | May 2, 2023 |
| Exchange of Rebuttal Expert Reports | June 1, 2023 |
| Close of Expert Discovery | June 16, 2023 |
| Pretrial Conference | July 18, 2023, at 3:00 p.m. |
| Jury Trial (5 days) | July 31, 2023, at 8:30 a.m. |

---

[1] The Court made clear during the case management conference that April 13 was the required hearing, not filing, date for dispositive motions. *See* Dkt. No. 21. Given the parties' proposed fact discovery deadline, they will be required to file dispositive motions well before the completion of fact discovery. The Court assumes the parties are aware of this sequencing and enters the schedule as requested.

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause.  The parties are directed to review and comply with this Court's standing orders.  This
3  terminates Dkt. Nos. 22 and 24.

4  **IT IS SO ORDERED.**

5  Dated: 7/13/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge